IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON


CHRISTINA T.,                                                    No. 6:22-cv-00872-HZ

                Plaintiff,                              ORDER

   v.


COMMISSIONER, SOCIAL
SECURITY ADMINISTRATION,

              Defendant.

HERNÁNDEZ, District Judge:

Plaintiff Christina T. brought this action seeking review of the Commissioner's final

decision to deny benefits. On June 4, 2023, pursuant to the parties' stipulated motion, the Court

reversed the Commissioner's decision and ordered that the case be remanded for additional

proceedings. Order & J., ECF 16. On April 16, 2024, Plaintiff's counsel received notice of

Plaintiff's award for benefits. Pl. Mot. Ex. A, ECF 21-1.

Plaintiff now seeks an award of fees of $7,609.85 pursuant to 42 U.S.C. § 406(b). Pl.

Mot., ECF 22. Defendant has no objection to the request. *Id*. The Court has reviewed the record

1 – ORDER

in the case, the motion, and the supporting materials including the award of benefits, the fee

agreement with counsel, and the recitation of counsel's hours and services. Applying the

standards set by *Gisbrecht v. Barnhart*, 535 U.S. 789, 796 (2002), the Court finds the requested

fees reasonable.

The Court GRANTS the motion [21] and awards Plaintiff's counsel $7,609.85 in

attorney's fees under 42 U.S.C. § 406(b). Previously, the Court awarded Plaintiff attorney's fees

under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. This award accounts for the

EAJA fees previously received by Plaintiff. Any amount withheld after all administrative and

court attorney's fees are paid should be released to the claimant.

IT IS SO ORDERED.


DATED: _____June 23, 2024_____.




_____
MARCO A. HERNÁNDEZ
United States District Judge




2 – ORDER